# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

UNITED STATES OF AMERICA
v.

WILLIAM RICHARD SCHEUCH
c/o Scott McKay
303 W. Bannock Street
Boise, ID 83701

**CRIMINAL SUMMONS**

Case No.:   1:19-CR-00308-BLW

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| **Place**: | United States District Courthouse<br>550 West Fort Street<br>Boise, Idaho | **Date**: | October 29, 2019<br>10:15 a.m. |
|---|---|---|---|
| **Before**: | U.S. Magistrate Judge Ronald E. Bush | | |

To answer to A(N) Information charging you with the following violations:

18 U.S.C. § 922(a)(1)(A) DEALING IN FIREARMS WITHOUT A LICENSE



United States Courts
District of Idaho
**ISSUED**
Crystal Hall
on Sep 30, 2019 3:19 pm

Date:   September 30, 2019

Crystal Hall, Deputy Clerk

---

**NOTICE TO DEFENDANT:**   Upon receipt of this Summons, you are instructed to telephone the PRETRIAL SERVICE OFFICE, in Coeur d'Alene, Idaho at (208) 665-6882.   The purpose of the call is to provide information to assist the Court in setting bond in your case.   You may call between 8AM and 5PM Pacific Time.   Failure to contact Pretrial Services will result in a delay of your release.

The FEDERAL DEFENDER'S OFFICE provides free legal assistance to those who qualify.   If you would like to speak to an attorney about your case, please call the Federal Defender=s Office at (208) 331-5500.

---

## RETURN OF SERVICE

I declare under penalty of perjury under the laws of the United States of America that the information contained in this Return of Service is true and correct.

Served upon at _Scott McKay office_ on _10/28/2019_.

Date:

_10/28/2019_

_SA William Moore  ATF_
(Name of United States Marshal)

By: _SA William Moore  ATF_
Deputy United States Marshal

Remarks:

_Front Desk_