BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KASSANDRA MCGRADY, IDAHO STATE BAR NO. 8455
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>WILLIAM RICHARD SCHEUCH,<br><br>  Defendant. | Case No.   1:19-cr-00308-BLW<br><br>**INFORMATION**<br><br>18 U.S.C. § 922(a)(1)(A)<br>18 U.S.C. § 923(a)(3)<br>18 U.S.C. § 924(a)(1)(D)<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c) |

The United States Attorney charges:

### COUNT ONE
**Dealing in Firearms Without a License**
**18 U.S.C. §§ 922(a)(1)(A), 923(a)(3), and 924(a)(1)(D)**

On or between May 4, 2016, and May 3, 2017, in the District of Idaho, the defendant, WILLIAM RICHARD SCHEUCH, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a)(3), and 924(a)(1)(D).

### FORFEITURE ALLEGATION
**Firearm Forfeiture**
**18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)**

As a result of committing the offense alleged in Count One of this Information, which is

**INFORMATION - 1**

incorporated by this reference, the defendant, WILLIAM RICHARD SCHUECH, shall forfeit to the United States any firearms or ammunition, as described in 18 U.S.C. § 921(a)(3), involved in or used in the commission of the offense. The property to be forfeited includes, but is not limited to, the following, which is presently in the possession of the United States and generally described as follows:

1. <u>Personal Property</u>.

    a.  A CZ. K. M NA, 7.62 NR. 0338 PA receiver;

    b.  A RPD wood stock, Brenn II lower receiver;

    c.  Five PPSH-41 stick magazines;

    d.  An unknown manufacture firearm part kit, PZ 63, serial number TM01063;

    e.  A Sten, model: MKII, 9 mm machine gun, serial number F40779;

    f.  A Thompson, model, 1928 receiver, serial number 354550;

    g.  A Sterling, model: Mark 4 tube with cutout;

    h.  A Russian machine gun receiver serial number MT0540;

    i.  Two Galil machine gun receivers, serial number G-136923 and 115036;

    j.  Multiple firearm parts kits and pieces;

    k.  One box containing two barrels, a stock, and three magazines;

    l.  A FN, model: BAR, 7.62 caliber machine gun, serial number 2171;

    m.  Ten CZ VZ 26 firearm part kits;

    n.  A Yugoslavian, model MG42 firearm part kit;

    o.  Seven CZ VZ 26 firearm part kits;

    p.  One CETME HK firearm part kit;

    q.  An Uzi firearm parts;

    r.  An unknown firearm parts;

    s.  A HK trigger pack;

**INFORMATION - 2**

t. A firearm part kit, serial number BM01281;

u. An unknown 7.62 caliber, firearm part kit;

v. A pistol MITTRAGL, model: 57 – LUIGIF FRANCH;

w. An Uzi firearm parts;

x. An EBAR, model: Z70B, firearm part kit, serial number 41124;

y. A M31 firearm part kit;

z. A firearm part kit, serial number DNO0841;

aa. A Gewhr Werks model: 91, 7.62 caliber receiver, serial number A000419;

bb. A Karl Gustav, model: m45 firearm part kit;

cc. An Argentine, model: FMK-3 firearm part kit;

dd. Two CZ VZ 26 firearm part kits;

ee. Two CETME firearm part kits;

ff. An unknown firearm part kit;

gg. A Gewhr Werks, model: 91, 7.62 caliber receiver, serial number A000399;

hh. A belt fed machinegun part kit;

ii. A PORT-SAID, Egypt, Carls Gustav m45 firearm part kit;

jj. An unknown firearm part kit;

kk. Miscellaneous gun parts;

ll. An unknown firearm part kit;

mm. An Uzi firearm part kit;

nn. A gun barrel;

oo. A M31 firearm part kit;

pp. A CZ, model: Scorpion firearm part kit;

qq. A Galil firearm part kit;

**INFORMATION - 3**

  rr. Two unknown machine gun part kits;

  ss. A PPSH firearm part kit;

  tt. An unknown firearm part kit;

  uu. An unknown DP 28 firearm part kit;

  vv. Multiple firearm part kits;

  ww. One Z45 machine gun with attached plans firearm part kit;

  xx. One unknown fire control group;

  yy. One unfinished FN Bar machine gun;

  zz. One Uzi type short-barreled rifle;

  aaa. One firearm part kit and two flat receivers;

  bbb. A Kurz firearm part kit, serial number 42977;

  ccc. A CZ VZ 26 firearm part kits;

  ddd. A Thompson, model: 1928A1 firearm part kit, serial number 42977;

  eee. One Beretta pistol, model: 38 machinegun, serial number 9165;

  fff. One unknown machine gun.

2. <u>Substitute Assets</u>. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

  a. Cannot be located upon the exercise of due diligence;

  b. Has been transferred or sold to, or deposited with, a third person;

  c. Has been placed beyond the jurisdiction of the court;

  d. Has been substantially diminished in value; or

  e. Has been commingled with other property which cannot be subdivided without

**INFORMATION - 4**

difficulty.

Dated this 30th day of September, 2019.

                                    BART M. DAVIS
                                    UNITED STATES ATTORNEY
                                    By:

                                    /s/ Kassandra McGrady
                                    KASSANDRA J. MCGRADY
                                    Assistant United States Attorney

**INFORMATION - 5**